IN THE UNITED STATED DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
MARSHALL DIVISION

| | |
|---|---|
| SYMBOLOGY INNOVATIONS, LLC § § Plaintiff, § § vs. § § ADAMS EXTRACT § § Defendants. § § ──────────────────────────── § § SYMBOLOGY INNOVATIONS, LLC § § Plaintiff, § § vs. § § THE PROCTER & GAMBLE COMPANY § § Defendants. § § ──────────────────────────── § | Case No: 2:15-cv-01169-RWS-RSP LEAD CASE Case No: 2:15-cv-01872-JRG-RSP CONSOLIDATED CASE |

**ORDER OF DISMISSAL WITH PREJUDICE**

On this day, the Court considered Plaintiff Symbology Innovations, LLC's motion to dismiss with prejudice, in the lawsuit between Plaintiff Symbology Innovations, LLC ("Symbology") and Defendant The Procter & Gamble Company ("P&G"). Having considered the Motion and the pleadings in this case, the Court is of the opinion that the Motion should be, and is hereby GRANTED.

Therefore, IT IS ORDERED that all claims asserted by Symbology against P&G and any counterclaims or other claims that P&G may have are hereby DISMISSED WITH PREJUDICE, with each party to bear its own costs, attorneys' fees and other litigation expenses.

**SIGNED this 6th day of April, 2016.**

                                                                         ROY S. PAYNE
                                                                         UNITED STATES MAGISTRATE JUDGE